IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN JOHNAKIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE | : | NO. 20-4055 |

## **NOTICE**

AND NOW, this 18th day of September 2020, the Rule 16 Telephone Conference is rescheduled in the above captioned matter for Thursday, September 24, 2020 at 11:30 a.m. Call in information remains the same.

ATTEST:

_s/ Joseph B. Walton_____
Joseph B. Walton,
Civil Deputy to Honorable
Anita B. Brody

**Civ 12 (9/83)**