IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN JOHNAKIN** | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED* | : | |
| **v.** | : | |
| **UNITED STATES POSTAL SERVICE, et al** | : | NO.:  20-cv-04055 |

## O R D E R

**AND NOW**, this **24TH** day of **SEPTEMBER 2020,** it is hereby

**ORDERED** that the above-captioned case is directly reassigned from the calendar of the Honorable Anita B. Brody, to the calendar of the Honorable Gerald A. McHugh, as related to ***Commonwealth of Pennsylvania, et al  v. Louis DeJoy, et al.,*** Civil Action No.: 20-cv-04096.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court