UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN JOHNAKIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>Defendants. | Case No. 20-cv-4055 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of the parties' settlement agreement, *see* ECF No. 18, to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: November 25, 2020    Respectfully submitted,

*/s/* Michael T. van der Veen
Michael T. van der Veen, Esq. (Pa. Bar. No. 75616)
1219 Spruce Street
Philadelphia, PA 19107
(215) 545-1000
mtv@mtvlaw.com

*Attorneys for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM M. McSWAIN
U.S. Attorney for the
Eastern District of Pennsylvania

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch

/s/ John Robinson
JOSEPH E. BORSON
KUNTAL V. CHOLERA
ALEXIS ECHOLS
DENA ROTH
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN JOHNAKIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Case No. 20-cv-4055 |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

_____
Honorable Gerald Austin McHugh
United States District Judge